AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAUFFMAN, BRUCE W | W.S. DISTRICT COURT, EASTERN P | 04/18/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 5613, U.S. COURTHOUSE <br> 601 MARKET STREET <br> PHILADELPHIA, PA 19106 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | FEDERAL JUDGES ASSOCIATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY -7 A 11: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 04/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | PENN MUTUAL LIFE INSURANCE - ANNUITY DISTRIBUTION | $ 100,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | SELF-EMPLOYED - MARKETING DESIGN |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FEDERAL JUDGES ASSOCIATION ANNUAL MEETING | WASHINGTON, D.C., MAY 2006, ANNUAL BOARD MEETING (MEALS AND HOTEL) |
| 2. NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | NEW YORK, NY, MARCH 2006, ANNUAL DINNER WALDORF ASTORIA (MEALS AND HOTEL) |
| 3. | |
| 4. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS INC. | STUDENT LOAN | K |
| 2. | SUNBANK TRUST MORTGAGE | MORTGAGE ON DAUFUSKIE ISLAND, SC PROPERTY HELD FOR INVESTMENT | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | J | T | | | | | |
| 2. CANTONE RESEARCH - IRA | E | Int./Div. | | | | | | | |
| 3. CANTONE RESEARCH - IRA | F | Distribution | O | T | | | | | |
| 4. BANK DEPOSIT SWEEP | | | | | TRANSFER | 08/07 | K | | |
| 5. GENERAL ELECTRIC CO. | | | | | PARTIAL SELL | 04/11 | K | | |
| 6. GENERAL MOTOR ACCEPTANCE NOTES | | | | | | | | | |
| 7. TECO ENERGY INC | | | | | SELL | 04/11 | J | | |
| 8. HEALTHFUSION.COM | | | | | | | | | |
| 9. ARTEMIS INTL. | | | | | SELL | 0706 | J | | |
| 10. COCA COLA CO DELAWARE | | | | | SELL | 04/11 | J | | |
| 11. INTEL CORP | | | | | SELL | 04/11 | K | | |
| 12. SELIGMAN COMU&I FDB | | | | | | | | | |
| 13. SAFEGUARD SCIENTIFIC | | | | | | | | | |
| 14. EMERGE INTERACTIVE, INC. | | | | | PARTIAL SELL | 07/06 | J | | |
| 15. MORGAN STANLEY MTNRO MP | | | | | | | | | |
| 16. ADVANTAGE ENERGY TRUST | | | | | | | | | |
| 17. ANNALY MTG MGMT INC. REIT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BONAVISTA ENERGY TRUST | | | | | | | | | |
| 19. CAROLINA GROUP | | | | | | | | | |
| 20. HOSPITALITY PROPERTIES REIT TRUST | | | | | | | | | |
| 21. NUVEEN QUALITY PREFERRED INCOME FUND 2 | | | | | | | | | |
| 22. SALOMON BROS EMERGING MKTS INCOME II FUND (SEE NOTE 6) | | | | | | | | | |
| 23. WESTERN ASSET EMERGING MARKETS INCOME FD II INC (SEE NOTE 6) | | | | | | | | | |
| 24. EVERGREEN INSTITUTION MM FD (SEE NOTE 7) | | | | | TRANSFER | 08/07 | K | | |
| 25. ENTERRA ENERGY TRUST | | | | | BUY | 0705 | J | | |
| 26. PUBLIC STORAGE CUMULATIVE PERPETUAL PFD | | | | | BUY | 04/28 | J | | |
| 27. CSP DEBT ACCOUNT LLC | C | Distribution | J | U | | | | | |
| 28. HPH - POPLAR STREET ASSOCIATES LP | D | Distribution | J | U | | | | | |
| 29. K3 LLC (SEE NOTE 10) | | None | J | U | SELL | 07/31 | J | A | |
| 30. HOLLIDAYSBURG ASSOCIATES, L.P. | D | Distribution | J | U | | | | | |
| 31. HOLLIDAYSBURG LAND ASSOCIATES, LP | | None | J | U | | | | | |
| 32. INVESTMENT PROPERTY, DAUFUSKIE ISLAND, SC | | None | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) FROM 2006 REPORT, PART III, SECTION A, LINE 2 - ARTWORK SOLD DURING 2005. NOT APPLICABLE FOR 2006 REPORT.

2) FROM 2006 REPORT, ALL SECURITIES WERE TRANSFERRED INTO ONE IRA ACCOUNT. THE IRA ACCOUNT IS LISTED IN PART VII, LINE 2 AS CANTONE RESEARCH - IRA. PLEASE REFERENCE 2005 REPORT, PART VIII, LINES 2,7,9, AND 15. THESE NOTES EXPLAIN WHEN THE CONSOLIDATION OF ACCOUNTS TOOK PLACE AND WHEN ALL SECURITIES WERE MERGED INTO ONE IRA ACCOUNT.

3) FROM 2005 REPORT, PART VII, LINE 4 - LINE CONSOLIDATED ON 2006 REPORT AND CODED TO PROPERLY SHOW THE CONSOLIDATION ON THE 2006 REPORT.

4) FROM 2006 REPORT, PART VII, LINE 2 AND 3 - SAME ACCOUNT. BROKEN OUT TO SHOW DIFFERENT ASPECTS OF INCOME. TOTAL VALUE OF ACCOUNT REPORTED ON LINE 3.

5) FROM 2005 REPORT, PART VII, LINE 46 - INTEL CORP. - INCLUDED AS PART OF SALE ON 2006 REPORT, PART VII, LINE 11. AT THE END OF THE REPORTING PERIOD, THERE ARE NO HOLDINGS IN INTEL CORP.

6) FROM 2006 REPORT, PART VII, LINE 22 AND LINE 23 - SALOMON BROS EMERGING MKTS INCOME II FUND NAME CHANGED ON 10/09/2006 TO WESTERN ASSET EMERGING MARKETS INCOME FD II INC. SALOMON BROS. WILL NOT APPEAR ON 2007 REPORT.

7) FROM 2006 REPORT, PART VII, LINE 24 - EVERGREEN INSTITUTION MM FD - MONEY MARKET ACCOUNT USED TO HOLD IDLE CASH. MONEY FROM BANK DEPOSIT SWEEP (PART VII, LINE 7) WAS TRANSFERRED TO EVERGREEN INSTITUTION MM FD ON 8/7. TRANSFER HAS BEEN SHOWN IN PART VII ON LINES 7 AND 24.

8) FROM 2006 REPORT, PART VII - ANY ASSET REPORTED ON 2005 REPORT THAT IS NOT LISTED ON 2006 REPORT WAS SOLD OR MERGED DURING 2005. PLEASE REFER TO THE 2005 REPORT AND NOTES FOR INFORMATION REGARDING THESE ASSETS.

9) FROM 2005 REPORT, PART VII, LINE 50 AND 51 - ROYAL BANK OF PENNSYLVANIA - ACCOUNT CLOSED 10/13/2005. PLEASE REFER TO 2005 NOTE 14.

10) FROM 2006 REPORT, PART VII, LINE 28 - K3 LLC - RECEIVED FINAL K-1 FOR 2006. THIS WILL NOT BE REPORTED ON 2007 REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date    5/3/07

NOTE: AN⬛⬛⬛⬛ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN  CRIM⬛⬛

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544